Thomas Lether (*admitted pro hac vice*)
Eric J. Neal (*admitted pro hac vice*)
Lether Law Group
1848 Westlake Ave. N., Suite 100
Seattle, WA  98109
Telephone: (206) 467-5444
Facsimile: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com

ATTORNEYS FOR PLAINTIFF
ARTISAN AND TRUCKERS CASUALTY COMPANY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ARTISAN AND TRUCKERS CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>BOTTGER ENTERPRISES, a Wyoming Corporation; and STEVE BOTTGER, an individual person,<br><br>Defendant. | Civil Action No. <u>20-cv-190-J</u> |

### STIPULATED MOTION TO DISMISS WITH PREJUDICE

COMES NOW, the Plaintiff Artisan and Truckers Casualty Company (hereinafter "Artisan") and Defendants Bottger Enterprises and Steve Bottger (collectively "the Defendants") by and through their counsel of record, and hereby stipulate and move the Court for dismissal with prejudice of the above-referenced case.  In support hereof, the parties and their respective counsel stipulate and state the following:

1. Artisan and the Defendants have reached an amicable settlement of the case.

2.   As a part of the settlement reached by Artisan and Defendants, they have agreed to stipulate to a dismissal of this case, and their pending claims and counterclaims, *with prejudice*, each party to bear its own costs and fees.

WHEREFORE, Artisan and Truckers Casualty Company and Bottger Enterprises and Steve Bottger respectfully request the Court to dismiss the above-captioned case with prejudice, each party to bear their own costs and fees.

DATED: this 25th day of May, 2021.

      /s/ *Thomas Lether*_____
Thomas Lether (*admitted pro hac vice*)
Eric J. Neal (*admitted pro hac vice*)
LETHER LAW GROUP
1848 Westlake Ave N, Suite 100
Seattle, WA 98109
Telephone: (206) 467-5444
Facsimile: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com

ATTORNEYS FOR PLAINTIFF
ARTISAN AND TRUCKERS CASUALTY COMPANY

 /s/ *Galen Woelk*_____
Galen Woelk (Wyo. Bar # 6-3300)
Alan Harding (Wyo. Bar # 6-4424)
Brown & Hiser, LLC
163 N. 4th Street
Laramie, WY 82073
(307) 745-7358
gwoelk@brownandhiser.law

ATTORNEYS FOR DEFENDANTS BOTTER ENTERPRISES and STEVE BOTTGER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Galen Woelk
163 North 4th Street
P.O. Box 971
Laramie, WY 82073
gwoelk@brownandhiser.law

Alan Harding
Brown & Hiser, LLC
163 N 4th St – PO Box 971
Laramie, WY 82073-0971
aharding@brownandhiser.law

**By:**   [ ] **First Class Mail**       [X] **E-Service/Email**       [ ] **Legal Messenger**

DATED this 25th day of May, 2021 at Seattle, Washington.

*/s/ Judy Tustison*
Judy Tustison | Paralegal