IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 MAY 25 PM 3: 13
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| ARTISAN AND TRUCKERS CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>BOTTGER ENTERPRISES, a Wyoming Corporation; and STEVE BOTTGER, an individual person,<br><br>Defendant. | Civil Action No. 20-cv-190-J |

**ORDER OF DISMISSAL WITH PREJUDICE**

NOW on this 25th day of May, 2021, the above-captioned case comes before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice.

**WHEREUPON** the Court, having reviewed the case file and the Stipulated Motion to Dismiss with Prejudice finds that the motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-captioned case is hereby dismissed *with prejudice*, and each party shall bear its own costs and fees.

**IT IS SO ORDERED**.

Dated this 25th day of May, 2021.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE